STATE OF CONNECTICUT *v.* CHARRON SWEENEY

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 550 (AC 10534), is denied.

*Brian M. O'Connell,* in support of the petition.

*Marjorie Allen Dauster,* assistant state's attorney, in opposition.

Decided May 4, 1993

DAVID BURNS ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF STAMFORD ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 30 Conn. App. 594 (AC 11284), is granted, limited to the following issue:

"Whether there is a 'foreseeable class of victim' exception to the governmental immunity doctrine which would include students allegedly the victims of improper school maintenance?"

The Supreme Court docket number is SC 14767.

*Carolyn W. Alexander,* in support of the petition.

Decided May 4, 1993

KAREN BARKSDALE *v.* TERESA HARRIS ET AL.

The petition of the defendants Connecticut National Bank and Lend Lease Cars, Inc., for certification for appeal from the Appellate Court, 30 Conn. App. 754 (AC 11001), is denied.

*Dion W. Moore,* in support of the petition.

*David N. Rosen,* in opposition.

Decided May 4, 1993